IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RODNEY THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 1:25-cv-01010-STA-jay |
| ) | |
| THE RAYMOND CORPORATION, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SERVICE OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that Defendant, The Raymond Corporation, on this date served, via email, the following documents upon counsel of record:

1. The Raymond Corporation's First Set of Interrogatories to Plaintiff Rodney Thompson; and

2. The Raymond Corporation's First Set of Requests for Production of Documents to Plaintiff Rodney Thompson.

This the 12th day of September, 2025.

/s/ Charles F. Morrow
Charles F. Morrow (TN Bar No. 013890)
Katelyn R. Ashton (TN Bar No. 036722)
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis TN  38119
Telephone:  (901) 680-7200
Facsimile:   (901) 680-7201
chip.morrow@butlersnow.com
katelyn.ashton@butlersnow.com

Raymond D. Jamieson, *pro hac vice*
Cody Linday, *pro hac vice*
QUARLES & BRADY LLP
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Telephone: (414) 277-5000
*Raymond.Jamieson@quarles.com*
*Cody.Linday@quarles.com*

*Attorneys for Defendant, The Raymond Corporation*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was served this date via e-mail on all Plaintiff's counsel of record.

This 12th day of September, 2025.

BUTLER SNOW LLP

/s/ Charles F. Morrow
Charles F. Morrow